# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Coleman Enterprises, Inc.,

v.

QA, Inc. and Pathfinder Capital, Inc.

Case No. Civil 00-2397 ADM

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

1. Defendants' motion for leave to appeal is denied.

2. Defendants' motion to stay enforcement of the preliminary injunction pending appeal is denied.

DATE: December 21, 2000

FRANCIS E. DOSAL, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

9